United States District Court Eastern District Of Missouri

Joseph Michael Devon Engel Sovrin Citizen REDACTED Ka | Case # 4:20-cv-01926 AGF

Google   DEC 28 2020   BY MAIL

Plaintiff Requests Trial By Jury ☐ Yes ☒ No

☒ Official & Individual Capacity

Prisoner Civil Rights Complaint Under 42 U.S.C 1983

I A. Joseph Michael Devon Engel Other Name N/A Prisoner # 1189670004 ERDCC ☒ Civilly Committed Detainee B #1 Google ~~Joseph Michael Devon Engel Jr.~~ Job Internet Badge N/A Employer Google Address USA II Statement Of Claim = 500 Billion Dollars 15,00 stock in Google for them allowing people to Hack my emails and take them over people slander my name put my life in Danger Bogus pics that are not me. I want controlle over all my emails so I can get what is mine off of them. III Injuries = Health, Mental Health, Civil Liberty, Sovrin Citizn, PTSD, Mind Raping IV Relief = 500 Trillion Dollars 1,5000 stocks in Google V Exhaustion Remedies = Nothing ever gets Done. VI Previous Lawsuits = N/A Certification Closing I Declare under penalty of pejury that the foregoing is true correct. Application to proceed in District Court without prepaying Fees or Costs. Motion for appointment of counsel Affidavit in Support I Joseph Michael Devon Engel hereby apply for appointment of counsel. I Declare under penalty of pejury that the foregoing is true correct. I am in ERDCC only get $5.00 Dollars month. 12-19-20

Joseph Michael Devon Engel